UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                               Case No. 1:17-cr-20109

v.                                                 Honorable Thomas L. Ludington
                                                     United States District Judge
WAYNE MARSHALL ACUNA,

                                                     Honorable Patricia T. Morris
        Defendant.                        United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING
DEFENSE COUNSEL PAUL FISHER'S MOTION TO WITHDRAWAL**

On April 29, 2025, Attorney Paula Fisher moved to withdraw as appointed Counsel for Defendant. ECF No. 46. Soon after, Attorney Fisher's Motion was referred to Magistrate Judge Patricia T. Morris. ECF No. 49. On June 9, 2025, Judge Morris issued a report recommending that this Court grant Attorney Fisher's Motion.[1] ECF No. 52. Judge Morris gave the Parties 14 days to object, but they did not do so. Thus, they forfeited their right to appeal Judge Morris's findings. *Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).

Accordingly, it is **ORDERED** that Judge Morris's Report and Recommendation, ECF No. 52, is **ADOPTED**.

Further, it is **ORDERED** that Attorney Paula Fisher's Motion to Withdraw, ECF No. 46, is **GRANTED** and Attorney Paula Fisher is **WITHDRAWN** as Defense Counsel.

Dated: June 27, 2025                                        s/Thomas L. Ludington
                                                                  THOMAS L. LUDINGTON
                                                                  United States District Judge

---

[1] On June 10, 2025, Judge Morris appointed replacement Defense Counsel. ECF No. 54.